IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOEL A. BEHNKEN,

    Plaintiff,

vs.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

: 

: Case No. 3:18cv406

: JUDGE WALTER H. RICE

:

---

DECISION AND ENTRY SUSTAINING PLAINTIFF'S MOTION FOR ALLOWANCE OF ATTORNEY FEES (DOC. #17)

---

Pursuant to the reasoning and citations of authority set forth by Plaintiff's counsel in the memorandum accompanying his Motion for Allowance of Attorney Fees (Doc. #17), as well as the response of the Defendant (Doc. #19), the request of Plaintiff for allowance of attorney fees is deemed by this Court to be well taken and same is, therefore, SUSTAINED in its entirety.

The responsible party is directed to pay to Plaintiff's counsel the sum of $25,000.00.

November 18, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record